IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**ELIJAH WOODS,**

**Defendant.**  No. 11-30080-DRH

## ORDER

**HERNDON, Chief Judge**:

Before the Court is a sealed motion to continue sentencing (Doc. 39) filed by defendant. Defendant requests that the sentencing hearing be continued for approximately six weeks based on the reasons set out in his motion. The government does not object to a continuance. Based on the reasons in the motion, the Court **GRANTS** defendant's motion to continue (Doc. 39) and **CONTINUES** the sentencing hearing currently scheduled for February 17, 2012 until **April 13, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.** Signed this 15th day of February, 2012.

David R. Herndon
2012.02.15
16:09:02 -06'00'

**Chief Judge**
**United States District Court**